UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS CORREA,<br>            Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>            Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 2:13-cv-1358-LS**<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


*/s/ Ross S. Enders*  
Ross S. Enders, Esq.  
Attorney ID: 89840  
Sessions, Fishman, Nathan & Israel, LLC  
200 Route 31 North, Suite 203  
Flemington, NJ 08822  
Phone: (908) 751-5941  
Fax: (908) 751-5944  
Email: renders@sessions-law.biz  
Attorney for Defendant  

Date: August 22, 2013

*/s/ Craig Thor Kimmel*  
Craig Thor Kimmel, Esquire  
Attorney ID: 57100  
Kimmel & Silverman, P.C.  
30 E. Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Fax: (877) 788-2864  
Email: kimmel@creditlaw.com  
Attorney for the Plaintiff  

Date: August 22, 2013

BY THE COURT:

_____  
                                              J.